839 A.2d 169

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James William KEPHART, Respondent.**

**No. 90 DB 2003.**

Supreme Court of Pennsylvania.

Sept. 25, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 25th of September, 2003, there having been filed with this Court by James William Kephart his Verified Statement of Resignation dated August 6, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of James William Kephart be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay

costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.